FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARA ALBRETSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendant. | No. 2:23-CV-00044-SAB<br><br>**ORDER DENYING [MOTION FOR] PROTECTIVE ORDER** |

    Before the Court are the parties' Protective Order and Confidentiality Agreement Pursuant to FRCP 26(C), ECF No. 36, and related Motion to Expedite, ECF No. 37. Plaintiffs are represented by Dwight Bond, Janelle Boston, and Brennan Nolting. The United States is represented by Derek Taylor and Molly Smith.

    Although not clear, it appears the parties want the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

    The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING [MOTION FOR] PROTECTIVE ORDER** ~1

such items from public access, the Court will entertain an application for a narrowly tailored protective order or Motion to Seal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' [Motion for] Protective Order and Confidentiality Agreement Pursuant to FRCP 26(C), ECF No. 36, is **DENIED**.

2. The parties' Motion to Expedite, ECF No. 37, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 17th day of April 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING [MOTION FOR] PROTECTIVE ORDER** ~2