FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARA ALBRETSEN, | |
| Plaintiff, | No. 2:23-CV-00044-SMM |
| v. | |
| UNITED STATES OF AMERICA, a governmental entity, | **ORDER** |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice, (Doc. 60), filed on November 6, 2024. Accordingly,

**IT IS ORDERED approving** the Stipulation and dismissing this action in its entirety, with prejudice, each party to bear its own attorney fees and costs.

**IT IS FURTHER ORDERED vacating** the Motion Hearing presently set for November 15, 2024.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this case.

Dated this 8th day of November, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge